Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 761.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. 186 RIVERSIDE DRIVE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 757.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

GERTRUDE V. PINCUS v. JOSEPH PINCUS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See 266 App. Div. 994.] Present — Townley, Glennon, Untermyer and Dore, JJ.

JOHN B. CLARK v. RICHARD L. DAVISSON et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 757.] Present — Townley, Glennon,. Untermyer, Dore and Callahan, JJ.

In the Matter of MILTON PRINCE against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 760.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of MILTON PRINCE against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon petitioner's filing the undertaking prescribed by section 593 of the Civil Practice Act. [See *ante,* p. 760.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

ELISE ERASMI v. PAN AMERICAN TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 164.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion for reargument denied. [See 228 App. Div. 690.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

IRWIN M. COANE, Individually and as a Stockholder of American Distilling Company, Suing on His Own Behalf and on Behalf of Said Corporation, et al. v. AMERICAN DISTILLING COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. [See 266 App. Div. 1000.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the UNITED STATES OF MEXICO et al. against PETER SCHMUCK, a Justice of the Supreme Court of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Motion for reargument denied. Settle order on notice. [See *ante,* p. 167.] Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

MAX FIEHL v. LUSTGARTEN, SAREZIN FUR CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. [See *ante,* p. 761.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

MARY OLIVA v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 956.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM RESNICK, Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated, v. HEARN DEPARTMENT STORES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied,